IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    NORMAN TINGLEY and | ) | Under Chapter 11 |
|    NINA J. TINGLEY, | ) | |
|        Debtors. | ) | BK 05-61147 |

**MOTION TO TURNOVER FUNDS AND FOR ENTRY OF A FINAL DECREE**

Now comes Robert T. Bruegge, Trustee in the above-referenced cause, and moves that the Court enter an Order authorizing the Trustee to pay to the Clerk of the Bankruptcy Court Four Thousand Three Hundred Thirty-Three and 25/100 Dollars ($4,333.25) and enter an Order of a Final Decree in this case and states as follows:

1.  The Trustee filed his Final Report in this case and distributed funds to all creditors, except Household Mortgage Services.

2.  The Trustee has made numerous attempts to deliver to Household Mortgage Services the sum of Four Thousand Three Hundred Thirty-Three and 25/100 Dollars ($4,333.25).

3.  The last action taken by the Trustee was to send the check to the President of Household Mortgage Services.

4.  The check was issued on February 13, 2009. As of this date, Household Mortgage Services has not cashed the check.

5.  The Trustee seeks to minimize any further expenses to the bankruptcy estate.

6.  The Trustee requests that the Court authorize the Trustee to tender to the Clerk of the Court the sum of Four Thousand Three Hundred Thirty-Three and 25/100 Dollars ($4,333.25) for the purpose of closing this bankruptcy estate and for the entry of a Final Decree.

7. The Trustee has discussed the issues set forth in this Motion with the United States Trustees Office and they have no objection to the Trustee tendering the funds of Four Thousand Three Hundred Thirty-Three and 25/100 Dollars ($4,333.25) to the Clerk of the Court and the entry of an Order closing this bankruptcy estate and entering a Final Decree, *nunc pro tunc*, as of March 31, 2009.

8. Attached hereto and incorporated by reference are the following reports: Form 4-Distribution Report for Closed Asset Cases and Receipts and Disbursements by Ledger Category.

WHEREFORE, the undersigned prays that the Court enter an Order as follows:

A. Authorizing the Trustee to deposit with the Clerk of the Bankruptcy Court the sum of Four Thousand Three Hundred Thirty-Three and 25/100 Dollars ($4,333.25); and

B. Entering an Order, *nunc pro tunc*, closing this bankruptcy estate and entering a Final Decree on March 31, 2009.

Respectfully submitted this ____day of April, 2009.

Robert T. Bruegge, Trustee
400 St. Louis Street, Suite 2
Edwardsville, IL 62025
618-659-0495
618-659-0527 fax
rtbruegge@lawdept.net

**PART A**  **FORM 4 - Distribution Report for Closed Asset Cases**  Version 2

Case No. : 05-61147 KJM  
Case Name : TINGLEY, NORMAN  
Date Filed/Converted to Ch. 7 : 09/17/05  
Date Submitted : 03/31/09  
Trustee Name : Robert T. Bruegge  

|  | $ CLAIMS | $ AMOUNT RECEIVED / PAID | % OF RECEIPTS |
|---|---|---|---|
| **GROSS RECEIPTS** |  | $1,602,709.65 | 100.00% |
| Less: Funds Paid to Debtor: |  |  |  |
| Exemptions |  | 0.00 | 0.00% |
| Excess Funds |  | 0.00 | 0.00% |
| Funds Paid to 3rd Parties |  | 17,697.49 | 1.10% |
| **NET RECEIPTS (basis for computing maximum trustee fee)** |  | **$1,585,012.16** | **98.90%** |
| **SECURED CLAIMS:** |  |  |  |
| Real Estate | $0.00 | $1,334,627.65 | 83.27% |
| Personal Property & Intangibles | 0.00 | 57,847.98 | 3.61% |
| Internal Revenue Service Tax Liens | 0.00 | 0.00 | 0.00% |
| Other Governmental Tax Liens | 0.00 | 2,275.97 | 0.14% |
| **TOTAL SECURED CLAIMS** | **$0.00** | **$1,394,751.60** | **87.02%** |
| PRIORITY CLAIMS: |  |  |  |
| CHAPTER 7 ADMINISTRATIVE FEES 507(a)(1)(C) and (2), and CHARGES under Title 28, Chapter 123: |  |  |  |
| Trustee Fees | $0.00 | $0.00 | 0.00% |
| Trustee Expenses | 0.00 | 0.00 | 0.00% |
| Legal Fees & Expenses: |  |  |  |
| Trustee's Firm Legal Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: |  |  |  |
| Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
| Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Fees | 0.00 | 0.00 | 0.00% |
| Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 66.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 791.00 | 0.05% |
| Other Professional Fees/Expenses | 0.00 | 1,196.00 | 0.07% |
| Expenses of Operating Business in Chapter 7 | 0.00 | 0.00 | 0.00% |
| Other Expenses | 0.00 | 10,210.70 | 0.64% |
| Income Tax - Internal Revenue Service | 0.00 | 18,808.57 | 1.17% |
| Other State or Local Income or Business Taxes | 0.00 | 7,326.47 | 0.46% |
| U.S. Trustee Fees | 0.00 | 0.00 | 0.00% |
| Court Costs | 0.00 | 250.00 | 0.02% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | **$0.00** | **$38,648.74** | **2.41%** |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1)(C) and (2)   (From attached Part B)** | $60,279.31 | $109,125.63 | 6.81% |
| WAGES 507(a)(3) | 0.00 | 0.00 | 0.00% |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS 507(a)(4) | 0.00 | 0.00 | 0.00% |
| ALIMONY & CHILD SUPPORT 507(a)(7) | 0.00 | 0.00 | 0.00% |
| CLAIMS ON GOVERNMENTAL UNITS 507(a)(8) | 8,985.53 | 8,985.53 | 0.56% |
| OTHER 507(a)(2), (5), (6) & (9) | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIORITY CLAIMS: WAGES 507(a)(3) through OTHER 507(a)(2),(5),(6) & (9)** | **$8,985.53** | **$8,985.53** | **0.56%** |
| **GENERAL UNSECURED CLAIMS** | **$1,688,111.12** | **$29,167.41** | **1.82%** |
| **TOTAL DISBURSEMENTS** | **$1,757,375.96** | **$1,580,678.91** | **98.63%** |

**PART B**      **FORM 4 - Distribution Report for Closed Asset Cases**      Version 2

**Case No.** : 05-61147 KJM      **Date Submitted:** 03/31/09
**Case Name** : TINGLEY, NORMAN      **Trustee Name** : Robert T. Bruegge
**Date Filed/Converted to Ch. 7** : 09/17/05

| | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---:|---:|---:|
| PRIOR CHAPTER ADMINISTRATIVE FEES 507(a)(1): | | | |
| Trustee Fees | 49,626.09 | 49,626.09 | 3.10% |
| Trustee Expenses | 3,912.74 | 12,149.76 | 0.76% |
| Legal Fees & Expenses: | | | |
|   Trustee's Firm Legal Fees | 3,040.00 | 3,040.00 | 0.19% |
|   Trustee's Firm Legal Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Fees | 0.00 | 0.00 | 0.00% |
|   Other Firm's Legal Expenses | 0.00 | 0.00 | 0.00% |
| Accounting Fees & Expenses: | | | |
|   Trustee's Firm Accounting Fees | 0.00 | 0.00 | 0.00% |
|   Trustee's Firm Accounting Expenses | 0.00 | 0.00 | 0.00% |
|   Other Firm's Accounting Fees | 2,737.50 | 2,737.50 | 0.17% |
|   Other Firm's Accounting Expenses | 0.00 | 0.00 | 0.00% |
| Real Estate Commissions | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Fees | 0.00 | 0.00 | 0.00% |
| Auctioneer/Liquidator Expenses | 0.00 | 0.00 | 0.00% |
| Other Professional Fees/Expenses | 0.00 | 0.00 | 0.00% |
| Income Tax - Internal Revenue Service | 0.00 | 0.00 | 0.00% |
| Other State or Local Taxes | 0.00 | 0.00 | 0.00% |
| Operating Expenses | 962.98 | 41,572.28 | 2.59% |
| Other Expenses | 0.00 | 0.00 | 0.00% |
| **TOTAL PRIOR CHAPTER ADMINISTRATIVE FEES** | **$60,279.31** | **$109,125.63** | **6.81%** |

# Receipts and Disbursements
## By Ledger Category

**Case:**       TINGLEY, NORMAN (05-61147)
**Trustee:**    Robert T. Bruegge  (330536)
**Submitted:**  03/31/09
**Period:**     Through 03/31/09

# Receipts

## 1000 RECEIPTS

**1110-000  Liquidation of Real Property (Schedule A) (Incl. sale of equity back to debtor)**

| Date | Ref | Account | Description | Amount |
|---|---|---|---|---:|
| 04/06/06 | Dep. Memo: 100005-1 | 312049980865 | Gary Tingley<br>Sale of all of the debtors farm real estate<br>Deposit: Law Office of Terry Sharp, PC<br>Payment for the sale of farm land remitted on behalf of Gary Tingley<br>Deposit amount is 1,315,234.50 | 1,325,000.00 |
| 12/26/07 | Deposit: 100012-1 | 312049980865 | Regions Bank<br>one-third of income taxes per agreement with Regions Bank | 8,192.00 |
| | | | | 1,333,192.00 |

**1129-000  Liquidation of Other Schedule B Personal Property (not listed above)**

| Date | Ref | Account | Description | Amount |
|---|---|---|---|---:|
| 01/25/06 | Deposit: 100001-1 | 312049980865 | Huisinga Grain, Inc.<br>Adam Tingley-05-61147 Ray Brazelton by Kathie Dicks | 3,571.59 |
| 01/25/06 | Deposit: 100001-2 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 15-05-61147 Zellers 20 by Kathie Dicks | 5,257.26 |
| 01/25/06 | Deposit: 100001-3 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farm 14-05-61147 50/50 Cook Share by Kathie Dicks | 9,974.65 |
| 01/25/06 | Deposit: 100001-4 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farm 11A-0561147 Bennett & Bennett by Kathie Dicks | 5,128.03 |
| 01/25/06 | Deposit: 100001-5 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 14A Napier-05-61147by Kathie Dicks | 1,631.41 |
| 01/25/06 | Deposit: 100001-6 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 13-0561147 Zellers 60by Kathie Dicks | 4,775.89 |
| 01/25/06 | Deposit: 100001-7 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 13-05-61147 Zellers 60 by Kathie Dicks | 11,534.68 |
| 01/25/06 | Deposit: 100001-8 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farm 1-05-61147 Tingley-Brosman 80 by Kathie Dicks | 9,491.60 |
| 01/25/06 | Deposit: 100001-9 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farm 6-05-61147 Corrdell 40A by Kathie Dicks | 10,593.04 |
| 01/25/06 | Deposit: 100001-10 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farm 11 Sweet Farm 05-61147 by Kathie Dicks | 5,691.19 |
| 01/25/06 | Deposit: 100002-2 | 312049980865 | Huisinga Grain, Inc.<br>Tingley field 20-05-61147 Wallace farm by Kathie Dicks | 3,549.10 |
| 01/25/06 | Deposit: 100002-3 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 21-05-61147 across from high school by Kathie Dicks | 2,429.91 |
| 01/25/06 | Deposit: 100002-4 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 4-05-61147 Allright Farm by Kathie Dicks | 6,241.30 |
| 01/25/06 | Deposit: 100002-5 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farm 2-05-61147 Brosman 40 by Kathie Dicks | 5,775.77 |

# Receipts and Disbursements
## By Ledger Category

**Case:** TINGLEY, NORMAN (05-61147)
**Trustee:** Robert T. Bruegge (330536)
**Submitted:** 03/31/09
**Period:** Through 03/31/09

| Date | Deposit | Ref | Payer / Description | Amount |
|---|---|---|---|---:|
| 01/25/06 | Deposit: 100002-6 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 09-05-61147 Stephen Tingley Farm by Kathie Dicks | 4,435.71 |
| 01/25/06 | Deposit: 100002-7 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 19 Stephen Tingley Farm by Kathie Dicks | 10,650.87 |
| 01/25/06 | Deposit: 100002-8 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 19-05-61147 Stephen Tingley Farm by Kathie Dicks | 8,079.26 |
| 01/25/06 | Deposit: 100002-9 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 18-05-61147 Stephen Tingley Farm by Kathie Dicks | 2,458.42 |
| 01/25/06 | Deposit: 100002-10 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Farms 18-05-61147 Stephen Tingley Farm by Kathie Dicks | 10,312.91 |
| 01/25/06 | Deposit: 100003-1 | 312049980865 | Huisinga Grain, Inc.<br>Tingley Field 8-05-61147 Ratts 150 & Jeffs 50 by Kathie Dicks | 51,254.95 |
| 02/24/06 | Deposit: 100004-1 | 312049980865 | Huisinga Grain, Inc.<br>Payment for purchases - beans made by Kathie Dicks | 4,112.67 |
| 09/17/06 | Deposit: 100007-1 | 312049980865 | Antonik Law Offices<br>Payment to Trust Account made by Doug Antonik | 5,962.98 |
| 01/03/07 | Deposit: 100008-1 | 312049980865 | John Deere Credit<br>Refund overage from sale of collateral made by Charles Dahl | 633.23 |
| 03/22/07 | Deposit: 100009-1 | 312049980865 | Hertenstein Auction Service<br>Payment for sale of guns made by Sandra Hertenstein | 443.00 |
| 09/05/07 | Deposit: 100010-1 | 312049980865 | Roger or Sandra Hertenstein<br>Payment for 1999 Peterbilt made by Sandra Hertenstein | 425.00 |
| 09/05/07 | Deposit: 100010-2 | 312049980865 | Truck Centers, Inc.<br>Payment for 1999 Peterbilt made by Charla Malick (secretary) | 18,500.00 |
| | | | | **202,914.42** |

**1229-000  Liquidation of Other Personal Property**

| 01/25/06 | Deposit: 100002-1 | 312049980865 | Huisinga Grain, Inc.<br>Tingley field 12-0561147 Lower Farm 80 by Kathie Dicks | 45,511.30 |

**1270-000  Interest Income (from estate bank accounts/investments - only)**

| 01/31/06 | Interest: 1 | 312049980865 | JPMORGAN CHASE BANK, N.A.<br>Interest posting at 0.7000% | 20.94 |
| 02/28/06 | Interest: 2 | 312049980865 | JPMORGAN CHASE BANK, N.A.<br>Interest posting at 0.7000% | 117.31 |
| 03/31/06 | Interest: 3 | 312049980865 | JPMORGAN CHASE BANK, N.A.<br>Interest posting at 0.7000% | 132.23 |
| 04/28/06 | Interest: 4 | 312049980865 | JPMORGAN CHASE BANK, N.A.<br>Interest posting at 0.8000% | 744.76 |
| 05/31/06 | Interest: 5 | 312049980865 | JPMORGAN CHASE BANK, N.A.<br>Interest posting at 0.8000% | 1,048.91 |
| 06/30/06 | Interest: 6 | 312049980865 | JPMORGAN CHASE BANK, N.A. | 206.80 |

## Receipts and Disbursements
### By Ledger Category

Case:       TINGLEY, NORMAN (05-61147)
Trustee:    Robert T. Bruegge  (330536)
Submitted:  03/31/09
Period:     Through 03/31/09

|          |              |              |                                                          |       |
|----------|--------------|--------------|----------------------------------------------------------|-------|
|          |              |              | Interest posting at 0.8000%                              |       |
| 07/31/06 | Interest: 7  | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 98.54 |
|          |              |              | Interest posting at 0.8000%                              |       |
| 08/31/06 | Interest: 8  | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 70.31 |
|          |              |              | Interest posting at 0.8000%                              |       |
| 09/29/06 | Interest: 9  | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 63.36 |
|          |              |              | Interest posting at 0.8000%                              |       |
| 10/31/06 | Interest: 10 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 72.53 |
|          |              |              | Interest posting at 0.8000%                              |       |
| 11/30/06 | Interest: 11 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 67.69 |
|          |              |              | Interest posting at 0.8000%                              |       |
| 12/29/06 | Interest: 12 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 65.48 |
|          |              |              | Interest posting at 0.8000%                              |       |
| 01/31/07 | Interest: 13 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 69.12 |
|          |              |              | Interest posting at 0.6500%                              |       |
| 02/28/07 | Interest: 14 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 51.53 |
|          |              |              | Interest posting at 0.6500%                              |       |
| 03/30/07 | Interest: 15 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 55.11 |
|          |              |              | Interest posting at 0.6500%                              |       |
| 04/30/07 | Interest: 16 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 55.64 |
|          |              |              | Interest posting at 0.6500%                              |       |
| 05/31/07 | Interest: 17 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 33.71 |
|          |              |              | Interest posting at 0.6500%                              |       |
| 06/29/07 | Interest: 18 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 31.54 |
|          |              |              | Interest posting at 0.6500%                              |       |
| 07/31/07 | Interest: 19 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 34.75 |
|          |              |              | Interest posting at 0.6500%                              |       |
| 08/31/07 | Interest: 20 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 33.36 |
|          |              |              | Interest posting at 0.6500%                              |       |
| 09/28/07 | Interest: 21 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 39.47 |
|          |              |              | Interest posting at 0.6500%                              |       |
| 10/31/07 | Interest: 22 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 56.19 |
|          |              |              | Interest posting at 0.6500%                              |       |
| 11/30/07 | Interest: 23 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 49.11 |
|          |              |              | Interest posting at 0.6000%                              |       |
| 12/31/07 | Interest: 24 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 48.56 |
|          |              |              | Interest posting at 0.6000%                              |       |
| 01/31/08 | Interest: 25 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 46.88 |
|          |              |              | Interest posting at 0.3000%                              |       |
| 02/29/08 | Interest: 26 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 21.05 |
|          |              |              | Interest posting at 0.2500%                              |       |
| 03/31/08 | Interest: 27 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 19.05 |
|          |              |              | Interest posting at 0.1700%                              |       |
| 04/30/08 | Interest: 28 | 312049980865 | JPMORGAN CHASE BANK, N.A.                                | 14.30 |
|          |              |              | Interest posting at 0.1700%                              |       |

Printed: 03/31/09 02:12 PM

Page: 4

# Receipts and Disbursements
## By Ledger Category

Case: **TINGLEY, NORMAN (05-61147)**
Trustee: **Robert T. Bruegge (330536)**
Submitted: **03/31/09**
Period: **Through 03/31/09**

| Date | Description | Account | Payee/Memo | Amount |
|---|---|---|---|---:|
| 05/30/08 | Interest: 29 | 312049980865 | JPMORGAN CHASE BANK, N.A. Interest posting at 0.1500% | 12.80 |
| 06/30/08 | Interest: 30 | 312049980865 | JPMORGAN CHASE BANK, N.A. Interest posting at 0.1500% | 13.00 |
| 07/02/08 | Interest: 31 | 312049980865 | JPMORGAN CHASE BANK, N.A. Current Interest Rate is 0.1500% | 0.41 |
| | | | | 3,394.44 |

**1280-000  Non-Estate Receipts (not originally scheduled)**

| 05/11/06 | Deposit: 100006-1 | 312049980865 | Hisinga Grain, Inc. Corn harvested from Vera Tingley property by Gary Tingley | 17,697.49 |
|---|---|---|---|---:|

| | | | **Total for 1000** | **1,602,709.65** |
|---|---|---|---|---:|
| | | | **Total Receipts:** | **1,602,709.65** |

## Disbursements

### 4000 SECURED CLAIMS

**4110-000  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)**

| 05/31/06 | Check: 1006 | 312049980865 | Regions Bank Net proceeds from the sale of assets three through fourteen | 1,222,734.50 |
|---|---|---|---|---:|

**4120-000  Real Estate--Non-consensual Liens (judgments, mechanics liens)**

| 06/26/06 | Check: 101 | 312049980866 | Katherine Cook Payment of landlords liens | 5,147.79 |
|---|---|---|---|---:|
| 06/26/06 | Check: 102 | 312049980866 | Katherine Cook Payment of landlords liens | 440.16 |
| 06/26/06 | Check: 103 | 312049980866 | Vera Tingley Payment of landlords liens | 75,520.00 |
| 06/26/06 | Check: 104 | 312049980866 | Franklin F. Wallace Payment of landlords liens | 650.00 |
| 06/26/06 | Check: 105 | 312049980866 | Vera Tingley Payment of landlords liens | 16,726.20 |
| 06/26/06 | Check: 1007 | 312049980865 | Steve and Syreta Tingley Payment of landlord's liens | 13,409.00 |
| | | | | 111,893.15 |

**4210-000  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)**

| 07/06/06 | Check: 1009 | 312049980865 | Regions Bank N.A. Payment of net crop proceeds for 2005 crop | 52,847.98 |
|---|---|---|---|---:|
| 07/27/06 | Check: 106 | 312049980866 | Regions Bank Payment of net crop proceed for 2005 crop | 5,000.00 |
| | | | | 57,847.98 |

## Receipts and Disbursements
### By Ledger Category

**Case:** TINGLEY, NORMAN (05-61147)
**Trustee:** Robert T. Bruegge  (330536)
**Submitted:** 03/31/09
**Period:** Through 03/31/09

**4700-000 Real Property Tax Liens (pre-petition)**

| Date | Type | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 04/06/06 | Disb. Memo: 100005-1 | 312049980865 | Clark County Treasurer<br>Redeem unpaid real estate taxes<br>Deposit: Law Office of Terry Sharp, PC<br>Payment for the sale of farm land remitted on behalf of Gary Tingley<br>Deposit amount is 1,315,234.50 | 2,275.97 |
| 08/21/06 | Check: 1012 | 312049980865 | Gary Tingley<br>Payment fo pre petition real estate taxes; stopped on 12/04/06 | 187.96 |
| 12/04/06 | Stop: 1012 | 312049980865 | Gary Tingley<br>Payment fo pre petition real estate taxes; issued on 08/21/06 | -187.96 |

2,275.97

**Total for 4000**  1,394,751.60

## 2000 CH. 7 ADMINISTRATIVE FEES AND EXPENSES

**2300-000 Bond Payments**

| Date | Type | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 04/17/06 | Check: 1004 | 312049980865 | International Sureties, LTD.<br>Premium Payment for Bond # 016034231 | 4,000.00 |
| 08/06/07 | Check: 1021 | 312049980865 | International Sureties, LTD.<br>Premium payment for Bond # 016034231 | 403.00 |

4,403.00

**2500-000 Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.)**

| Date | Type | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 04/05/06 | Check: 1002 | 312049980865 | Lincoln Trail Publishing<br>Payment for newspaper notice of Trustee's Intent to Sell | 170.20 |
| 04/06/06 | Disb. Memo: 100005-1 | 312049980865 | Sharp Law Firm, P.C.<br>Title insurance, recording costs and transfer stamps<br>Deposit: Law Office of Terry Sharp, PC<br>Payment for the sale of farm land remitted on behalf of Gary Tingley<br>Deposit amount is 1,315,234.50 | 5,557.50 |
| 08/27/07 | Check: 1022 | 312049980865 | Rosenthal License Service<br>Payment for issue of Peterbilt title | 80.00 |

5,807.70

**2700-000 Clerk of the Court Costs (includes adversary and other filing fees)**

| Date | Type | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 04/10/06 | Check: 1003 | 312049980865 | Clerk , U S Bankruptcy Court<br>Filing fees for Adversary vs. Adam Tingley | 250.00 |

**2810-000 Income Taxes - Internal Revenue Service (post-petition)**

| Date | Type | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 04/17/07 | Check: 1015 | 312049980865 | US Department of Treasury<br>Form 7004 Federal Extension for Nina Tingley | 18,000.00 |
| 04/17/07 | Check: 1016 | 312049980865 | US Department of Treasury<br>Form 7004 Federal Extension for Norman Tingley | 18,000.00 |
| 09/17/07 | Dep. Memo: 100011-1 | 312049980865 | United States Treasury<br>2006 Federal tax refund remitted on behalf of Nina Tingley | 0.00 |

## Receipts and Disbursements
### By Ledger Category

**Case:** TINGLEY, NORMAN (05-61147)
**Trustee:** Robert T. Bruegge (330536)
**Submitted:** 03/31/09
**Period:** Through 03/31/09

| Date | Reference | | Description | Amount |
|---|---|---|---|---:|
| | | | Deposit amount is 8,506.24 | |
| 09/17/07 | Dep. Memo: 100011-2 | 312049980865 | Refund of 2006 Income Taxes<br>Deposit: United States Treasury<br>2006 Federal tax refund remitted on behalf of Norman Tingley<br>Deposit amount is 8,685.19 | 0.00 |
| | | | | 36,000.00 |

**2810-002 Income Taxes - Internal Revenue Service (post-petition) [Non-Compensable]**

| Date | Reference | | Description | Amount |
|---|---|---|---|---:|
| 09/17/07 | Dep. Memo: 100011-1 | 312049980865 | Refund of 2006 Income taxes<br>Deposit: United States Treasury<br>2006 Federal tax refund remitted on behalf of Nina Tingley<br>Deposit amount is 8,506.24 | -8,506.24 * |
| 09/17/07 | Dep. Memo: 100011-2 | 312049980865 | Refund of 2006 Income Taxes<br>Deposit: United States Treasury<br>2006 Federal tax refund remitted on behalf of Norman Tingley<br>Deposit amount is 8,685.19 | -8,685.19 * |
| | | | | -17,191.43 |

**2820-000 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)**

| Date | Reference | | Description | Amount |
|---|---|---|---|---:|
| 04/06/06 | Disb. Memo: 100005-1 | 312049980865 | Clark County Treasurer<br>2005 and 2006 accrued taxes<br>Deposit: Law Office of Terry Sharp, PC<br>Payment for the sale of farm land remitted on behalf of Gary Tingley<br>Deposit amount is 1,315,234.50 | 1,932.03 |
| 04/17/07 | Check: 107 | 312049980866 | Illinois Department of Revenue<br>Form IL-505-B IL Extension for Norman Tingley | 3,250.00 |
| 04/17/07 | Check: 1017 | 312049980865 | Illinois Department of Revenue<br>Form IL-505-B IL Extension for Nina Tingley | 3,250.00 |
| 07/02/08 | Dep. Memo: 100001-2 | 312049980866 | Daniel W. Hynes, Treasurer of the State of Illinois<br>Payment of state tax refund for Norman Tingley<br>Deposit amount is 552.77 | 0.00 |
| 07/03/08 | Dep. Memo: 100002-1 | 312049980866 | Refund of state income taxes 2006<br>Deposit: Daniel W. Hynes, Treasurer of the State of Illinois<br>Payment for state tax refund for Nina J Tingley<br>Deposit amount is 31.31 | -31.31 |
| 07/03/08 | Dep. Memo: 100002-1 | 312049980866 | Daniel W. Hynes, Treasurer of the State of Illinois<br>Payment for state tax refund for Nina J Tingley<br>Deposit amount is 31.31 | 0.00 |
| | | | | 8,400.72 |

**2820-002 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes) [Non-Compensable]**

| Date | Reference | | Description | Amount |
|---|---|---|---|---:|
| 07/02/08 | Dep. Memo: 100001-1 | 312049980866 | Daniel W. Hynes, Treasurer of State of Illinois<br>Payment of state tax refund for Nina J Tingley<br>Deposit amount is 521.48 | 0.00 * |
| 07/02/08 | Dep. Memo: 100001-1 | 312049980866 | Refund of 2006 State Income taxes | -521.48 * |

* Transaction may affect the Net Estate because of an unusual non-compensable wildcard.

## Receipts and Disbursements
### By Ledger Category

Case: **TINGLEY, NORMAN (05-61147)**
Trustee: **Robert T. Bruegge (330536)**
Submitted: **03/31/09**
Period: **Through 03/31/09**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 07/02/08 | Dep. Memo: 100001-2 | 312049980866 | Deposit: Daniel W. Hynes, Treasurer of State of Illinois<br>Payment of state tax refund for Nina J Tingley<br>Deposit amount is 521.48<br>2006 State Income Tax Refund<br>Deposit: Daniel W. Hynes, Treasurer of the State of Illinois<br>Payment of state tax refund for Norman Tingley<br>Deposit amount is 552.77 | -552.77* |
| | | | | -1,074.25 |
| | | | **Total for 2000** | **36,595.74** |

### 3000 CH. 7 PROFESSIONAL FEES AND EXPENSES

**3610-000 Auctioneer for Trustee Fees (including buyers premiums)**

| 05/03/07 | Check: 1018 | 312049980865 | Hertenstein Auction and Realty Co.<br>Payment for Auctioneer's Fees | 66.00 |
|---|---|---|---|---|

**3620-000 Auctioneer for Trustee Expenses**

| 05/03/07 | Check: 1019 | 312049980865 | Hertenstein Auction and Realty Co.<br>Payment for Auctioneer's Expenses | 41.00 |
|---|---|---|---|---|
| 10/10/07 | Check: 1024 | 312049980865 | Hertenstein Auction and Realty Co.<br>Payment for Auctioneer's expenses | 750.00 |
| | | | | 791.00 |

**3711-000 Appraiser for Trustee Fees**

| 02/09/06 | Check: 1001 | 312049980865 | Hertenstein Auction & Realty<br>Payment for appraisal of farm equipment, vehicles, household. | 250.00 |
|---|---|---|---|---|
| 10/10/07 | Check: 1023 | 312049980865 | Hertenstein Auction and Realty Co.<br>Payment of Auctioneer's commission of five percent | 946.00 |
| | | | | 1,196.00 |
| | | | **Total for 3000** | **2,053.00** |

### 6000 PRIOR CHAPTER ADMINISTRATIVE FEES AND EXPENSES

**6101-000 Trustee Compensation (Chapter 11)**

| 11/19/08 | Check: 111 | 312049980866 | Robert T. Bruegge<br>Dividend paid 100.00% on $49,626.09, Trustee Compensation<br>(Chapter 11);  Reference: | 49,626.09 |
|---|---|---|---|---|

**6102-000 Trustee Expenses (Chapter 11)**

| 07/27/06 | Check: 1011 | 312049980865 | U.S. Trustee Program Payment Center<br>Payment of quarterly fee | 5,000.00 |
|---|---|---|---|---|
| 10/16/06 | Check: 1013 | 312049980865 | U.S. Trustee - Payment Center<br>Payment of U. S. Trustee's Quarterly Fee | 750.00 |
| 01/30/07 | Check: 1014 | 312049980865 | U.S. Trustee<br>Payment of Trustee's quarterly fee | 750.00 |
| 07/18/07 | Check: 1020 | 312049980865 | U.S. Trustee<br>Payment of Trustee's Quarterly Fee | 500.00 |

\* Transaction may affect the Net Estate because of an unusual non-compensable wildcard.

Printed: 03/31/09 02:12 PM                                                                                                         Page: 8

# Receipts and Disbursements
## By Ledger Category

**Case:** TINGLEY, NORMAN (05-61147)
**Trustee:** Robert T. Bruegge (330536)
**Submitted:** 03/31/09
**Period:** Through 03/31/09

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 10/18/07 | Check: 1025 | 312049980865 | U. S. Trustee<br>Payment of Trustee's Quarterly Fee - Acc. # 546-05-61147 | 250.00 |
| 11/16/07 | Check: 1026 | 312049980865 | U. S. Trustee<br>Payment of Chapter 11 Quarterly Fees | 250.00 |
| 04/15/08 | Check: 1029 | 312049980865 | U.S. Trustee Payment Center<br>Payment of Chapter 11 Quarterly Fees | 75.00 |
| 08/15/08 | Check: 108 | 312049980866 | U.S. Trustee<br>Payment of Chapter 11 Quarterly Fees | 337.02 |
| 09/25/08 | Check: 109 | 312049980866 | U.S. Trustee<br>Payment of Quarterly Trustees Fee - account 5460561147 | 325.00 |
| 11/19/08 | Check: 114 | 312049980866 | Robert T. Bruegge<br>Dividend paid 100.00% on $3,912.74, Trustee Expenses (Chapter 11);  Reference: | 3,912.74 |
| | | | | 12,149.76 |

**6110-000 Attorney for Trustee Fees (Trustee Firm) (Chapter 11)**

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 11/19/08 | Check: 113 | 312049980866 | Robert T. Bruegge<br>Dividend paid 100.00% on $3,040.00, Attorney for Trustee Fees (Trustee Firm) (Chapter 11);  Reference: | 3,040.00 |

**6410-000 Accountant for Trustee/D-I-P Fees (Other Firm) (Chapter 11)**

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 11/19/08 | Check: 110 | 312049980866 | George B. Kruse, CPA<br>Dividend paid 100.00% on $2,737.50, Accountant for Trustee/D-I-P Fees (Other Firm) (Chapter 11);  Reference: | 2,737.50 |

**6950-000 Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7)**

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---:|
| 05/08/06 | Check: 1005 | 312049980865 | U.S Trustee<br>Payment of Chapter 11 Quarterly Fees | 750.00 |
| 06/26/06 | Check: 1008 | 312049980865 | Randy Dillier<br>Compensation for the harvest of 1,139.6 acres of crops | 39,597.30 |
| 04/09/08 | Check: 1027 | 312049980865 | Illinois Department of Revenue<br>Payment of Norman Tingley 's 2007 Form 1041 taxes | 131.00 |
| 04/09/08 | Check: 1028 | 312049980865 | Illinois Department of Revenue<br>Payment of Nina J. Tingley's 2007 Form 1041 taxes | 131.00 |
| 11/19/08 | Check: 112 | 312049980866 | U S Trustee<br>Dividend paid 100.00% on $962.98, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference:; voided on 02/04/09 | 962.98 |
| 02/04/09 | Void: 112 | 312049980866 | U S Trustee<br>Dividend paid 100.00% on $962.98, Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7);  Reference:; issued on 11/19/08 | -962.98 |
| 02/04/09 | Check: 183 | 312049980866 | U S Trustee<br>Dividend paid 100.00% on $962.98, Ohter Operating Expenses (incl. ch 11 sales and parroll taxes paid during ch 7). | 962.98 |
| | | | | 41,572.28 |

## Receipts and Disbursements
### By Ledger Category

**Case:** TINGLEY, NORMAN (05-61147)
**Trustee:** Robert T. Bruegge (330536)
**Submitted:** 03/31/09
**Period:** Through 03/31/09

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | **Total for 6000** | **109,125.63** |

### 5000 PRIORITY CREDITORS

**5800-000  Claims of Governmental Units**

| 11/19/08 | Check: 115 | 312049980866 | Internal Revenue Service<br>Dividend paid 100.00% on $8,985.53; Claim# 57; Filed: $8,985.53; Reference: XXX-XX-0582 / XXX-XX-1919 | 8,985.53 |
|---|---|---|---|---|
|  |  |  | **Total for 5000** | **8,985.53** |

### 7000 GENERAL UNSECURED

**7100-000  General Unsecured § 726(a)(2)**

| 11/19/08 | Check: 119 | 312049980866 | Pioneer Hi-Bred International<br>Dividend paid 2.16% on $2,001.91; Claim# 4; Filed: $2,001.91; Reference: XXX-XX-0582 / XXX-XX-1919 | 43.43 |
|---|---|---|---|---|
| 11/19/08 | Check: 120 | 312049980866 | FPC Financial, f.s.b.<br>Dividend paid 2.16% on $5,886.99; Claim# 7; Filed: $5,886.99; Reference: XXX-XX-0582 / XXX-XX-1919 | 127.72 |
| 11/19/08 | Check: 123 | 312049980866 | L S Ayres<br>Dividend paid 2.16% on $358.35; Claim# 18A; Filed: $358.35; Reference: XXX-XX-0582 / XXX-XX-1919 | 7.77 |
| 11/19/08 | Check: 125 | 312049980866 | Bunker Hill Supply Company<br>Dividend paid 2.16% on $220,779.77; Claim# 24; Filed: $220,779.77; Reference: XXX-XX-0582 / XXX-XX-1919 | 4,789.83 |
| 11/19/08 | Check: 126 | 312049980866 | Vera Tingley<br>Dividend paid 2.16% on $440.06; Claim# 33; Filed: $440.06; Reference: XXX-XX-0582 / XXX-XX-1919 | 9.55 |
| 11/19/08 | Check: 127 | 312049980866 | Oblong Feed & Seed, Inc.<br>Dividend paid 2.16% on $15,468.90; Claim# 40; Filed: $15,468.90; Reference: XXX-XX-0582 / XXX-XX-1919 | 335.60 |
| 11/19/08 | Check: 128 | 312049980866 | Heartland Peterbilt<br>Dividend paid 2.16% on $3,620.80; Claim# 41; Filed: $3,620.80; Reference: XXX-XX-0582 / XXX-XX-1919 | 78.55 |
| 11/19/08 | Check: 129 | 312049980866 | Leohr Oil<br>Dividend paid 2.16% on $2,649.23; Claim# 42; Filed: $2,649.23; Reference: XXX-XX-0582 / XXX-XX-1919 | 57.48 |
| 11/19/08 | Check: 130 | 312049980866 | A P S<br>Dividend paid 2.16% on $2,016.57; Claim# 44; Filed: $2,016.57; Reference: XXX-XX-0582 / XXX-XX-1919 | 43.75 |
| 11/19/08 | Check: 131 | 312049980866 | Shaff Implement<br>Dividend paid 2.16% on $3,192.98; Claim# 46; Filed: $3,192.98; Reference: XXX-XX-0582 / XXX-XX-1919 | 69.27 |
| 11/19/08 | Check: 132 | 312049980866 | The Bank<br>Dividend paid 2.16% on $35,660.87; Claim# 47; Filed: $35,660.87; Reference: XXX-XX-0582 / XXX-XX-1919 | 773.67 |

Printed: 03/31/09 02:12 PM                                                                                                          Page: 10

# Receipts and Disbursements
## By Ledger Category

**Case:** TINGLEY, NORMAN (05-61147)
**Trustee:** Robert T. Bruegge (330536)
**Submitted:** 03/31/09
**Period:** Through 03/31/09

| Date | Check | Ref | Payee / Description | Amount |
|---|---|---|---|---|
| 11/19/08 | Check: 133 | 312049980866 | North Central Crop Ins<br>Dividend paid 2.16% on $199,789.74; Claim# 48; Filed: $199,789.74; Reference: XXX-XX-0582 / XXX-XX-1919 | 4,334.45 |
| 11/19/08 | Check: 134 | 312049980866 | Verizon Wireless Midwest<br>Dividend paid 2.16% on $982.67; Claim# 49; Filed: $982.67; Reference: XXX-XX-0582 / XXX-XX-1919 | 21.32 |
| 11/19/08 | Check: 135 | 312049980866 | Regions Bank C/o Bruce Smith<br>Dividend paid 2.16% on $351,669.15; Claim# 59; Filed: $351,669.15; Reference: XXX-XX-0582 / XXX-XX-1919 | 7,629.49 |
| 11/19/08 | Check: 136 | 312049980866 | Brainard Law Offices<br>Dividend paid 2.16% on $9,912.05; Claim# 60; Filed: $9,912.05; Reference: XXX-XX-0582 / XXX-XX-1919 | 215.04 |
| 11/19/08 | Check: 137 | 312049980866 | Aig Life Ins.<br>Dividend paid 2.16% on $396.38; Claim# 64; Filed: $396.85; Reference: XXX-XX-0582 / XXX-XX-1919 | 8.60 |
| 11/19/08 | Check: 138 | 312049980866 | Alliance One<br>Dividend paid 2.16% on $6,013.40; Claim# 65; Filed: $6,013.40; Reference: XXX-XX-0582 / XXX-XX-1919; voided on 02/12/09 | 130.46 |
| 11/19/08 | Check: 139 | 312049980866 | Amex<br>Dividend paid 2.16% on $2,161.00; Claim# 67; Filed: $2,161.00; Reference: XXX-XX-0582 / XXX-XX-1919 | 46.88 |
| 11/19/08 | Check: 140 | 312049980866 | B & B Propane<br>Dividend paid 2.16% on $850.96; Claim# 68; Filed: $850.96; Reference: XXX-XX-0582 / XXX-XX-1919 | 18.46 |
| 11/19/08 | Check: 141 | 312049980866 | Brown Feed and Chemical<br>Dividend paid 2.16% on $15,375.40; Claim# 71; Filed: $15,375.40; Reference: XXX-XX-0582 / XXX-XX-1919 | 333.57 |
| 11/19/08 | Check: 142 | 312049980866 | Bunker Hill Supply<br>Dividend paid 2.16% on $1,955.09; Claim# 73; Filed: $1,955.09; Reference: XXX-XX-0582 / XXX-XX-1919 | 42.42 |
| 11/19/08 | Check: 143 | 312049980866 | The C I T Group Equipment<br>Dividend paid 2.16% on $1,142.00; Claim# 75; Filed: $1,142.00; Reference: XXX-XX-0582 / XXX-XX-1919 | 24.78 |
| 11/19/08 | Check: 144 | 312049980866 | Campbell Black Carnine Hedin<br>Dividend paid 2.16% on $199,789.74; Claim# 76; Filed: $199,789.74; Reference: XXX-XX-0582 / XXX-XX-1919 | 4,334.45 |
| 11/19/08 | Check: 145 | 312049980866 | Cellularone<br>Dividend paid 2.16% on $4,434.52; Claim# 79; Filed: $4,434.52; Reference: XXX-XX-0582 / XXX-XX-1919 | 96.21 |
| 11/19/08 | Check: 146 | 312049980866 | Citibank<br>Dividend paid 2.16% on $8,705.00; Claim# 80; Filed: $8,705.00; Reference: XXX-XX-0582 / XXX-XX-1919 | 188.86 |
| 11/19/08 | Check: 147 | 312049980866 | Citibank<br>Dividend paid 2.16% on $2,104.00; Claim# 81; Filed: $2,104.00; Reference: XXX-XX-0582 / XXX-XX-1919 | 45.65 |
| 11/19/08 | Check: 148 | 312049980866 | Clairion Radiology | 9.39 |

## Receipts and Disbursements
### By Ledger Category

**Case:**    TINGLEY, NORMAN (05-61147)
**Trustee:** Robert T. Bruegge  (330536)
**Submitted:** 03/31/09
**Period:**    Through 03/31/09

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Dividend paid  2.16% on $433.00; Claim# 82; Filed: $433.00; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 149 | 312049980866 | Clark County Farm Serice Agency | 104.59 |
|  |  |  | Dividend paid  2.16% on $4,821.00; Claim# 83; Filed: $4,821.00; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 150 | 312049980866 | Clarksville Mut Tele | 27.80 |
|  |  |  | Dividend paid  2.16% on $1,281.50; Claim# 84; Filed: $1,281.50; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 151 | 312049980866 | CRC of Fitzgerald | 13.17 |
|  |  |  | Dividend paid  2.16% on $607.24; Claim# 86; Filed: $607.24; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 152 | 312049980866 | CRC of Fitzgerald | 6.72 |
|  |  |  | Dividend paid  2.16% on $309.69; Claim# 87; Filed: $309.69; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 153 | 312049980866 | Direct Merchants | 80.28 |
|  |  |  | Dividend paid  2.16% on $3,700.24; Claim# 96; Filed: $3,700.24; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 154 | 312049980866 | Direct Merchants Bank | 90.92 |
|  |  |  | Dividend paid  2.16% on $4,191.00; Claim# 97; Filed: $4,191.00; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 155 | 312049980866 | Farm Plan | 127.35 |
|  |  |  | Dividend paid  2.16% on $5,870.01; Claim# 104; Filed: $5,870.01; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 156 | 312049980866 | Farm Pride | 10.66 |
|  |  |  | Dividend paid  2.16% on $491.14; Claim# 105; Filed: $491.14; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 157 | 312049980866 | Farm Service Agency USDA | 104.59 |
|  |  |  | Dividend paid  2.16% on $4,821.00; Claim# 106; Filed: $4,821.00; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 158 | 312049980866 | First Financial | 236.05 |
|  |  |  | Dividend paid  2.16% on $10,880.55; Claim# 107; Filed: $10,880.55; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 159 | 312049980866 | First Financial | 983.34 |
|  |  |  | Dividend paid  2.16% on $45,325.66; Claim# 108; Filed: $45,325.66; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 160 | 312049980866 | First Financial | 252.92 |
|  |  |  | Dividend paid  2.16% on $11,657.80; Claim# 109; Filed: $11,657.80; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 161 | 312049980866 | Grange Ins. | 14.75 |
|  |  |  | Dividend paid  2.16% on $679.92; Claim# 112; Filed: $679.92; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 162 | 312049980866 | N R Acct. | 42.60 |
|  |  |  | Dividend paid  2.16% on $1,963.50; Claim# 113; Filed: $1,963.50; Reference: XXX-XX-0582 / XXX-XX-1919 |  |
| 11/19/08 | Check: 163 | 312049980866 | Heller Holmes and Associates | 86.72 |
|  |  |  | Dividend paid  2.16% on $3,997.00; Claim# 114; Filed: |  |

Printed: 03/31/09 02:12 PM

Page: 12

# Receipts and Disbursements
## By Ledger Category

Case: **TINGLEY, NORMAN (05-61147)**
Trustee: **Robert T. Bruegge  (330536)**
Submitted: **03/31/09**
Period: **Through 03/31/09**

| Date | Check | Reference | Payee / Description | Amount |
|---|---|---|---|---:|
| | | | $3,997.00; Reference: XXX-XX-0582 / XXX-XX-1919; stopped on 02/13/09 | |
| 11/19/08 | Check: 164 | 312049980866 | Household Bank | 40.94 |
| | | | Dividend paid   2.16% on $1,887.14; Claim# 115; Filed: $1,887.14; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 165 | 312049980866 | Household Mortgage Services | 4,333.25 |
| | | | Dividend paid   2.16% on $199,734.00; Claim# 116; Filed: $199,734.00; Reference: XXX-XX-0582 / XXX-XX-1919; stopped on 02/13/09 | |
| 11/19/08 | Check: 166 | 312049980866 | Indianapolis Neurology | 7.42 |
| | | | Dividend paid   2.16% on $342.00; Claim# 119; Filed: $342.00; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 167 | 312049980866 | John Deere Credit | 150.55 |
| | | | Dividend paid   2.16% on $6,939.52; Claim# 122; Filed: $6,939.52; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 168 | 312049980866 | John Deere Credit | 120.37 |
| | | | Dividend paid   2.16% on $5,548.20; Claim# 123; Filed: $5,548.20; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 169 | 312049980866 | John Deere Credit | 1,866.02 |
| | | | Dividend paid   2.16% on $86,011.26; Claim# 124; Filed: $86,011.26; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 170 | 312049980866 | M B N A | 155.94 |
| | | | Dividend paid   2.16% on $7,187.97; Claim# 126; Filed: $7,187.97; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 171 | 312049980866 | Pigg Imp | 5.43 |
| | | | Dividend paid   2.16% on $250.38; Claim# 138; Filed: $250.84; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 172 | 312049980866 | Providence Medical | 7.92 |
| | | | Dividend paid   2.16% on $365.09; Claim# 142; Filed: $365.09; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 173 | 312049980866 | Providian | 11.31 |
| | | | Dividend paid   2.16% on $521.48; Claim# 143; Filed: $521.48; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 174 | 312049980866 | Risk Management Alt | 7.94 |
| | | | Dividend paid   2.16% on $366.00; Claim# 144; Filed: $366.00; Reference: XXX-XX-0582 / XXX-XX-1919; voided on 02/12/09 | |
| 11/19/08 | Check: 175 | 312049980866 | Schillings | 104.93 |
| | | | Dividend paid   2.16% on $4,836.63; Claim# 145; Filed: $4,836.63; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 176 | 312049980866 | Seventh Avenue | 7.80 |
| | | | Dividend paid   2.16% on $359.49; Claim# 146; Filed: $359.49; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 177 | 312049980866 | State Auto Ins | 54.21 |
| | | | Dividend paid   2.16% on $2,498.50; Claim# 147; Filed: $2,498.50; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 178 | 312049980866 | Strohm Oil | 168.40 |

# Receipts and Disbursements
## By Ledger Category

**Case:** TINGLEY, NORMAN (05-61147)
**Trustee:** Robert T. Bruegge (330536)
**Submitted:** 03/31/09
**Period:** Through 03/31/09

| Date | Type | Ref | Description | Amount |
|---|---|---|---|---|
| | | | Dividend paid 2.16% on $7,762.00; Claim# 149; Filed: $7,762.00; Reference: XXX-XX-0582 / XXX-XX-1919 | |
| 11/19/08 | Check: 179 | 312049980866 | T H Reg Hospital<br>Dividend paid 2.16% on $900.00; Claim# 150; Filed: $900.00; Reference: XXX-XX-0582 / XXX-XX-1919 | 19.53 |
| 11/19/08 | Check: 180 | 312049980866 | Trisler Seed<br>Dividend paid 2.16% on $697.00; Claim# 156; Filed: $697.00; Reference: XXX-XX-0582 / XXX-XX-1919 | 15.12 |
| 11/19/08 | Check: 181 | 312049980866 | Washmtl/prov<br>Dividend paid 2.16% on $573.00; Claim# 159; Filed: $573.00; Reference: XXX-XX-0582 / XXX-XX-1919 | 12.43 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $60.70; Claim# 129; Filed: $60.70; Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 1.32 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $141.60; Claim# 128; Filed: $141.60; Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 3.07 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $20.20; Claim# 130; Filed: $20.20; Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 0.44 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $125.00; Claim# 118; Filed: $125.00; Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 2.71 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $24.85; Claim# 133; Filed: $24.85; Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 0.54 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $169.01; Claim# 103; Filed: $169.01; Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 3.67 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $30.00; Claim# 110; Filed: $30.00; Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 0.65 |

# Receipts and Disbursements
## By Ledger Category

**Case:** TINGLEY, NORMAN (05-61147)
**Trustee:** Robert T. Bruegge (330536)
**Submitted:** 03/31/09
**Period:** Through 03/31/09

| Date | Memo | Reference | Description | Amount |
|---|---|---|---|---|
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $45.65; Claim# 85; Filed: $45.65; Reference: XXX-XX-0582 / XXX-XX-1919 Check: U.S. Bankruptcy Court COMBINED SMALL CHECK Check amount is 45.31 | 0.99 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $43.40; Claim# 77; Filed: $43.40; Reference: XXX-XX-0582 / XXX-XX-1919 Check: U.S. Bankruptcy Court COMBINED SMALL CHECK Check amount is 45.31 | 0.94 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $77.00; Claim# 99; Filed: $77.00; Reference: XXX-XX-0582 / XXX-XX-1919 Check: U.S. Bankruptcy Court COMBINED SMALL CHECK Check amount is 45.31 | 1.67 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $179.85; Claim# 134; Filed: $179.79; Reference: XXX-XX-0582 / XXX-XX-1919 Check: U.S. Bankruptcy Court COMBINED SMALL CHECK Check amount is 45.31 | 3.90 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $100.00; Claim# 102; Filed: $100.00; Reference: XXX-XX-0582 / XXX-XX-1919 Check: U.S. Bankruptcy Court COMBINED SMALL CHECK Check amount is 45.31 | 2.17 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $188.26; Claim# 136; Filed: $188.29; Reference: XXX-XX-0582 / XXX-XX-1919 Check: U.S. Bankruptcy Court COMBINED SMALL CHECK Check amount is 45.31 | 4.08 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $71.38; Claim# 135; Filed: $715.38; Reference: XXX-XX-0582 / XXX-XX-1919 Check: U.S. Bankruptcy Court COMBINED SMALL CHECK Check amount is 45.31 | 1.55 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $77.27; Claim# 154; Filed: $77.27; Reference: XXX-XX-0582 / XXX-XX-1919 Check: U.S. Bankruptcy Court COMBINED SMALL CHECK Check amount is 45.31 | 1.68 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $203.99; Claim# 158; Filed: $203.99; Reference: XXX-XX-0582 / XXX-XX-1919 Check: U.S. Bankruptcy Court COMBINED SMALL CHECK Check amount is 45.31 | 4.43 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $67.71; Claim# 151; Filed: $67.71; | 1.47 |

# Receipts and Disbursements
## By Ledger Category

Case:      TINGLEY, NORMAN (05-61147)
Trustee:   Robert T. Bruegge (330536)
Submitted: 03/31/09
Period:    Through 03/31/09

| Date | Memo/Check | Reference | Description | Amount |
|---|---|---|---|---:|
| | | | Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $111.51; Claim# 137; Filed: $111.51;<br>Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 2.42 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $92.71; Claim# 152; Filed: $92.71;<br>Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 2.01 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $186.00; Claim# 70; Filed: $186.00;<br>Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 4.04 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $18.55; Claim# 153; Filed: $18.55;<br>Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 0.40 |
| 11/19/08 | Disb. Memo: 182 | 312049980866 | Dividend paid 2.16% on $53.60; Claim# 21; Filed: $53.60;<br>Reference: XXX-XX-0582 / XXX-XX-1919<br>Check: U.S. Bankruptcy Court<br>COMBINED SMALL CHECK<br>Check amount is 45.31 | 1.16 |
| 02/12/09 | Void: 138 | 312049980866 | Alliance One<br>Dividend paid 2.16% on $6,013.40; Claim# 65; Filed: $6,013.40;<br>Reference: XXX-XX-0582 / XXX-XX-1919; issued on 11/19/08 | -130.46 |
| 02/12/09 | Void: 174 | 312049980866 | Risk Management Alt<br>Dividend paid 2.16% on $366.00; Claim# 144; Filed: $366.00;<br>Reference: XXX-XX-0582 / XXX-XX-1919; issued on 11/19/08 | -7.94 |
| 02/13/09 | Stop: 163 | 312049980866 | Heller Holmes and Associates<br>Dividend paid 2.16% on $3,997.00; Claim# 114; Filed:<br>$3,997.00; Reference: XXX-XX-0582 / XXX-XX-1919; issued on<br>11/19/08 | -86.72 |
| 02/13/09 | Stop: 165 | 312049980866 | Household Mortgage Services<br>Dividend paid 2.16% on $199,734.00; Claim# 116; Filed:<br>$199,734.00; Reference: XXX-XX-0582 / XXX-XX-1919; issued on<br>11/19/08 | -4,333.25 |
| 02/13/09 | Check: 184 | 312049980866 | Heller Holmes and Associates<br>Ref # XXX-XX-0582 / XXX-XX-1919 | 86.72 |
| 02/13/09 | Check: 185 | 312049980866 | Household Mortgage Services | 4,333.25 |

# Receipts and Disbursements
## By Ledger Category

Case: **TINGLEY, NORMAN (05-61147)**
Trustee: Robert T. Bruegge (330536)
Submitted: 03/31/09
Period: Through 03/31/09

| Date | Type | Account | Description | Amount |
|---|---|---|---|---:|
| | | | Ref # XXX-XX-0582 / XXX-XX-1919; stopped on 03/30/09 | |
| 03/02/09 | Check: 186 | 312049980866 | Clerk, United States Bankruptcy Court<br>Unclaimed funds | 7.94 |
| 03/02/09 | Check: 187 | 312049980866 | Clerk, United States Bankruptcy Court<br>unclaimed funds | 130.46 |
| 03/30/09 | Stop: 185 | 312049980866 | Household Mortgage Services<br>Ref # XXX-XX-0582 / XXX-XX-1919; issued on 02/13/09 | -4,333.25 |
| | | | | 28,800.68 |

**7100-900 Payments to Unsecured Credit Card Holders**

| Date | Type | Account | Description | Amount |
|---|---|---|---|---:|
| 11/19/08 | Check: 116 | 312049980866 | Capital One Bank<br>Dividend paid   2.16% on $388.05; Claim# 1; Filed: $388.05;<br>Reference: XXX-XX-0582 / XXX-XX-1919 | 8.43 |
| 11/19/08 | Check: 117 | 312049980866 | Capital One Bank<br>Dividend paid   2.16% on $817.37; Claim# 2; Filed: $817.37;<br>Reference: XXX-XX-0582 / XXX-XX-1919 | 17.73 |
| 11/19/08 | Check: 118 | 312049980866 | Capital One Bank<br>Dividend paid   2.16% on $345.03; Claim# 3; Filed: $345.03;<br>Reference: XXX-XX-0582 / XXX-XX-1919 | 7.49 |
| 11/19/08 | Check: 121 | 312049980866 | Discover Financial Services<br>Dividend paid   2.16% on $7,600.05; Claim# 13; Filed: $7,600.05;<br>Reference: XXX-XX-0582 / XXX-XX-1919 | 164.88 |
| 11/19/08 | Check: 122 | 312049980866 | US BANK CORP/ RETAIL PAYMENT SOLUTIONS<br>Dividend paid   2.16% on $5,590.91; Claim# 17; Filed: $5,590.91;<br>Reference: XXX-XX-0582 / XXX-XX-1919 | 121.30 |
| 11/19/08 | Check: 124 | 312049980866 | American Express Travel Related Svcs<br>Dividend paid   2.16% on $2,161.77; Claim# 22; Filed: $2,161.77;<br>Reference: XXX-XX-0582 / XXX-XX-1919 | 46.90 |
| | | | | 366.73 |
| | | | **Total for 7000** | **29,167.41** |

## 8000 FUNDS PAID TO DEBTOR/THIRD PARTIES

**8500-002 Funds Paid to Third Parties [Non-Compensable]**

| Date | Type | Account | Description | Amount |
|---|---|---|---|---:|
| 07/06/06 | Check: 1010 | 312049980865 | Gary Tingley<br>Return of corn crop proceeds | 17,697.49 |
| | | | **Total for 8000** | **17,697.49** |
| | | | **Total Disbursements:** | **1,598,376.40** |