IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|     NORMAN TINGLEY and | ) | Under Chapter 11 |
|     NINA J. TINGLEY, | ) | |
|         Debtors. | ) | BK 05-61147 |

**ORDER TO TURNOVER FUNDS AND ENTER A FINAL DECREE**

This case having come before the Court on the Trustee's Motion to close the bankruptcy estate and seek a Final Decree, the Court finds as follows:

    A.    The Trustee has on deposit Four Thousand Three Hundred Thirty-Three and 25/100 Dollars ($4,333.25).

    B.    All other funds of the bankruptcy estate have been disbursed.

    C.    The Trustee has made a diligent effort to distribute the funds to the claimant in the amount of Four Thousand Three Hundred Thirty-Three and 25/100 Dollars ($4,333.25), and the claimant has failed to claim the funds that have been distributed to them.

NOW, THEREFORE, it is hereby ORDERED as follows:

    a.    The Trustee is authorized to pay the Clerk of the Bankruptcy Court the sum of Four Thousand Three Hundred Thirty-Three and 25/100 Dollars ($4,333.25), which represents the remaining funds on hand; and

    b.    The Clerk of the Court shall enter an Order closing this bankruptcy estate and enter an Order of Final Decree, *nunc pro tunc*, to March 31, 2009.

Trustee shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: May 1, 2009

/s/ Kenneth J. Meyers
UNITED STATES BANKRUPTCY JUDGE